JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CW\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Third Estate LLC, dba Dope and Dope Couture,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Cultevation, Ltd., dba Dope Chef, a Limited Liability Company organized under the laws of the United Kingdom; and DOES 1-10,<br><br>　　　　Defendants. | Case No. CV-14-5125-MWF (JPRx)<br><br>**JUDGMENT** |

　　In accordance with the Order Granting Plaintiff Third Estate LLC's Application for Default Judgment Against Cultevation Ltd. (Docket No. 24), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

　　1. This Court has jurisdiction over the parties to and the subject matter of this action. The jurisdiction of this Court shall be retained for the purposes of enforcing this Judgment.

2. Cultevation, Ltd., d/b/a Dope Chef, and all of its employees, representatives, agents, and all other persons or entities in privity with them and/or acting in concert or active participation with any of them are hereby permanently and immediately enjoined from any further infringement and/or dilution of the Dope and/or Dope Couture marks ("Dope Marks") and from any further acts of unfair competition, including:

   a. The use of any tradenames using the word mark "Dope," "Dxpe," "Dope Chef," or "Dxpe Chef," or any derivation or combination thereof.

   b. Any other trade names or trademarks that cause consumer confusion due to their similarity to the Dope Marks.

3. Plaintiff is directed to serve Defendant with this Judgment by means calculated to provide actual notice.

Dated: October 23, 2015    _____
                           MICHAEL W. FITZGERALD
                           United States District Judge

2